nue; Frisby Avenue, from Zerega Avenue to West Farms Road, and Tratman Avenue, from Zerega Avenue to Benson Avenue, All of Which Are in the Twenty-fourth Ward, Borough of The Bronx, City of New York. The Bronx Gas and Electric Company, Appellant.— Order affirmed, with costs.    No opinion.    Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Emma L. Hickinbottom, as Administratrix, etc., Respondent, v. Central Park, North and East River Railroad Company, Appellant.— Judgment and order affirmed, with costs.    No opinion.    Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.; Ingraham, P. J., dissented.

The People of the State of New York ex rel. The City of New York, Relator, v. William D. Dickey, Chairman, and Others, Respondents.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements.    No opinion.    Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Matthew T. Goldsborough, Jr., Respondent, v. Richard F. Goldsborough, Appellant.— Judgment and order affirmed, with costs.    No opinion.    Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.; Hotchkiss, J., not sitting.

Michael Di Menna, Respondent, v. The City of New York, Impleaded with Cooper & Evans Company, Appellant.— Judgment and order affirmed, with costs.    No opinion.    Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Nathan L. Woolf, Appellant, v. Isaac Hamburger and Others, Respondents.— Judgment and order affirmed, with costs.    No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

The City of New York, Respondent, v. Bleecker Street and Fulton Ferry Railroad Company and Another, Appellants.— Judgment affirmed, with costs.    No opinion.    Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

James B. Blossom, Appellant, v. Mary R. Chisholm and Another, Individually and as Executors, etc., Respondents.— Judgment affirmed, with costs.    No opinion.    Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

In the Matter of the Estate of Sarah Akin, Deceased.    Oscar Clarke Miller, Appellant; Abro Akin and Another, as Executors and Trustees, etc., Respondents.— Decree affirmed, with costs.    No opinion.    Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Harry W. Lawrence, as Administrator, etc., Respondent, v. Patrick J. Heaney, Appellant.— Judgment and order affirmed, with costs.    No opinion.    Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.; Clarke, J., dissented.